In the Matter of the Arbitration between ETHEL ZITNER, as Administratrix of the Estate of MAX ZITNER, Deceased, Respondent, and WILLIAM KARPMAN et al., Appellants.

Submitted November 28, 1955; decided December 1, 1955.

*Seymour Cohen* for motion for stay and in opposition to motion to dismiss appeal.

*Irving Lemov* in opposition to motion for stay and for motion to dismiss appeal.

Motion for stay granted and case set down for argument during the first week of the January, 1956, session of the Court of Appeals.

Cross motion to dismiss appeal denied.